Zimmerman, Appellant, *v.* City of Lebanon et al.

Argued January 9, 1936.  Before Schaffer, Maxey, Drew, Linn and Barnes, JJ.

584

*Warren G. Light,* for appellant.

*Roy M. Bowman,* City Solicitor, for appellee.

PER CURIAM, March 23, 1936:
The order dismissing the writ of alternative mandamus is affirmed at appellant's cost on the part of Judge HENRY's opinion appearing in the Reporter's notes.